NO. 07-12-0522-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 FEBRUARY 19, 2013
 ______________________________

 In the Interest of N.M.G., A Child
 ______________________________

 FROM THE 181st DISTRICT COURT OF RANDALL COUNTY;

 NO. 64,078-B; HON. JOHN B. BOARD, PRESIDING
 _______________________________

 ON ABATEMENT AND REMAND
 _______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
 Appellant Jason Gutierrez filed a notice of appeal on November 30,
2012. On December 13, 2012, the clerk's record was filed. The reporter's
record was due on December 10, 2012. On December 27, 2012, this court
notified the reporter by letter that the record was late and directed the
reporter to respond, by January 7, 2013, and explain why it had not been
filed. On January 7, 2013, the reporter filed a motion for extension of
time to file the record, which was granted to February 7, 2013. To date,
no response, status report, or reporter's record has been filed.
 Accordingly, we abate this appeal and remand the causes to the 181st
District Court of Randall County (trial court) for further proceedings.
Upon remand, the trial court shall determine, via hearing or other
reasonable means:
 when the reporter's record will be transcribed into written form
 and filed in accordance with the rules of appellate procedure
 and in a manner that does not further delay the prosecution of
 this appeal or have the practical effect of depriving the
 appellant of his right to appeal.

 The trial court shall cause the hearing to be transcribed. So too
shall it 1) execute findings of fact and conclusions of law addressing the
foregoing issue. Additionally, the district court shall then cause those
findings of fact and conclusions of law to be filed with the clerk of this
court on or before March 18, 2013. Should further time be needed by the
trial court to perform these tasks, then same must be requested before
March 18, 2013.
 It is so ordered.
 Per Curiam

-----------------------
 2

 2